BDS:sg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

94 - 0506 CR - HURLEY

MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA

vs.

LUIS MIGUEL PEREZ,
JOHN JAIRO ZAPATA,
ANTONIO RADA,
PEDRO OSCAR RODRIGUEZ,
JOSE RAMON ACOSTA,
JESSIE DEAN,
SERGIO GODOY,
RIGOBERTO PABLO HERRERA-URBAY,
DELORES LILIA PEREZ-GODOY,
ELIO PEREZ,
JOSE PEREZ,
JOSE RAMON PEREZ,
RAIMUNDO ANTONIO PEREZ,
ERAYDA PINTADO,
        a/k/a "Erayda Sordo,"
        a/k/a "Erayela Pintado,"
        a/k/a "Marlene Sordo,"
        a/k/a "Lisette Alavrez,"
MANUEL EDUARDO PULIDO-GONZALEZ,
TONY LAVON ROSCOE,
        a/k/a "Fat Tony,"
PEDRO VAZQUEZ,
LUIS ARIEL VEGA,
        a/k/a "Luis A. Galarza,"
and LARRY JOE WILLIAMS,

        Defendants.

CASE NO. _____

21 USC §952(a)
21 USC §963
21 USC §841(a)(1)
21 USC §846
21 USC §843(b)
18 USC §2

INDICTMENT

FILED BY _____ DC
T. G. CHELEGIIS
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI
1994 SEP 28 PM 12: 08

The Grand Jury charges that:

COUNT I

From an unknown date prior to November, 1993, to on or about

September 19, 1994, at Dade County, in the Southern District of

Florida, and elsewhere, the defendants,

                    LUIS MIGUEL PEREZ,
                    JOHN JAIRO ZAPATA,
                    ANTONIO RADA,
                 PEDRO OSCAR RODRIGUEZ,
                  JOSE RAMON ACOSTA,
                      JESSIE DEAN,
                     SERGIO GODOY,
              RIGOBERTO PABLO HERRERA-URBAY,
               DELORES LILIA PEREZ-GODOY,
                      ELIO PEREZ,
                      JOSE PEREZ,
                   JOSE RAMON PEREZ,
                RAIMUNDO ANTONIO PEREZ,
                    ERAYDA PINTADO,
                 a/k/a "Erayda Sordo,"
                 a/k/a "Erayela Pintado,"
                  a/k/a "Marlene Sordo,"
                 a/k/a "Lisette Alvarez,"
             MANUEL EDUARDO PULIDO-GONZALEZ,
                  TONY LAVON ROSCOE,
                  a/k/a "Fat Tony,"
                   PEDRO VAZQUEZ,
                        and
                  LUIS ARIEL VEGA,
                a/k/a "Luis A. Galarza,"

did knowingly and intentionally combine, conspire, confederate and

agree with each other and with persons known and unknown to the

Grand Jury, to import into the United States, from a place outside

thereof, a Schedule II controlled substance, that is, a mixture and

substance containing a detectable amount of cocaine, in violation

of Title 21, United States Code, Section 952(a); all in violation

of Title 21, United States Code, Section 963.

2

## COUNT II

From on or about August 27, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, the defendants,

LUIS MIGUEL PEREZ,
JOHN JAIRO ZAPATA,
ANTONIO RADA,
PEDRO OSCAR RODRIGUEZ,
JOSE RAMON ACOSTA,
JESSIE DEAN,
SERGIO GODOY,
RIGOBERTO PABLO HERRERA-URBAY,
DELORES LILIA PEREZ-GODOY,
ELIO PEREZ,
JOSE PEREZ,
JOSE RAMON PEREZ,
RAIMUNDO ANTONIO PEREZ,
ERAYDA PINTADO,
a/k/a "Erayda Sordo,"
a/k/a "Erayela Pintado,"
a/k/a "Marlene Sordo,"
a/k/a "Lisette Alvarez,"
MANUEL EDUARDO PULIDO-GONZALEZ,
TONY LAVON ROSCOE,
a/k/a "Fat Tony,"
PEDRO VAZQUEZ,
and
LUIS ARIEL VEGA,
a/k/a "Luis A. Galarza,"

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

3

## COUNT III

From on an unknown date prior to November, 1993, to on or September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendants,

LUIS MIGUEL PEREZ,
JOHN JAIRO ZAPATA,
ANTONIO RADA,
PEDRO OSCAR RODRIGUEZ,
JOSE RAMON ACOSTA,
JESSIE DEAN,
SERGIO GODOY,
RIGOBERTO PABLO HERRERA-URBAY,
DELORES LILIA PEREZ-GODOY,
ELIO PEREZ,
JOSE PEREZ,
JOSE RAMON PEREZ,
RAIMUNDO ANTONIO PEREZ,
ERAYDA PINTADO,
a/k/a "Erayda Sordo,"
a/k/a "Erayela Pintado,"
a/k/a "Marlene Sordo,"
a/k/a "Lisette Alvarez,"
MANUEL EDUARDO PULIDO-GONZALEZ,
TONY LAVON ROSCOE,
a/k/a "Fat Tony,"
PEDRO VAZQUEZ,
LUIS ARIEL VEGA,
a/k/a "Luis A. Galarza,"
and
LARRY JOE WILLIAMS,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

4

<u>COUNT IV</u>

On or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendants,

LUIS MIGUEL PEREZ,
JOHN JAIRO ZAPATA,
ANTONIO RADA,
PEDRO OSCAR RODRIGUEZ,
JOSE RAMON ACOSTA,
JESSIE DEAN,
SERGIO GODOY,
RIGOBERTO PABLO HERRERA-URBAY,
DELORES LILIA PEREZ-GODOY,
ELIO PEREZ,
JOSE PEREZ,
JOSE RAMON PEREZ,
RAIMUNDO ANTONIO PEREZ,
ERAYDA PINTADO,
a/k/a "Erayda Sordo,"
a/k/a "Erayela Pintado,"
a/k/a "Marlene Sordo,"
a/k/a "Lisette Alvarez,"
MANUEL EDUARDO PULIDO-GONZALEZ,
TONY LAVON ROSCOE,
a/k/a "Fat Tony,"
PEDRO VAZQUEZ,
LUIS ARIEL VEGA,
a/k/a "Luis A. Galarza,"
and
LARRY JOE WILLIAMS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT V

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### LUIS MIGUEL PEREZ,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

## COUNT VI

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### JOHN JAIRO ZAPATA,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

## COUNT VII

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

ANTONIO RADA,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

## COUNT VIII

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

PEDRO OSCAR RODRIGUEZ,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

<u>COUNT IX</u>

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

JOSE RAMON ACOSTA,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

<u>COUNT X</u>

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

JESSIE DEAN,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

8

## COUNT XI

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

SERGIO GODOY,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

## COUNT XII

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

RIGOBERTO PABLO HERRERA-URBAY,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

## COUNT XIII

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

DELORES LILIA PEREZ-GODOY,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

## COUNT XIV

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

ELIO PEREZ,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

## COUNT XV

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

JOSE PEREZ,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

## COUNT XVI

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

JOSE RAMON PEREZ,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

## COUNT XVII

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

ERAYDA PINTADO,
a/k/a "Erayda Sordo,"
a/k/a "Erayela Pintado,"
a/k/a "Marlene Sordo,"
a/k/a "Lisette Alvarez,"

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

COUNT XVIII

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

MANUEL EDUARDO PULIDO-GONZALEZ,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

COUNT XIX

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

TONY LAVON ROSCOE,
a/k/a "Fat Tony,"

did knowingly and intentionally use a communication facility, that

12

is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

<u>COUNT XX</u>

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

PEDRO VAZQUEZ,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

<u>COUNT XXI</u>

From on or about April 28, 1994, to on or about September 19, 1994, at Dade County, in the Southern District of Florida, and elsewhere, the defendant,

LUIS ARIEL VEGA,
a/k/a "Luis A. Galarza,"

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the

13

commission of a felony, to wit: conspiracy to possess with intent to distribute cocaine, a violation of Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b).

A TRUE BILL

_____
FOREPERSON

_____
KENDALL COFFEY
UNITED STATES ATTORNEY

_____
BARBARA D. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

14